**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| 3RED PARTNERS LLC,<br><br>on behalf of itself and all other similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>PERMIAN RESOURCES CORPORATION f/k/a CENTENNIAL RESOURCE DEVELOPMENT, INC., EXPAND ENERGY CORPORATION f/k/a CHESAPEAKE ENERGY CORPORATION, DIAMONDBACK ENERGY, INC., EOG RESOURCES, INC., HESS CORPORATION, OCCIDENTAL PETROLEUM CORPORATION, PIONEER NATURAL RESOURCES COMPANY, SCOTT D. SHEFFIELD, JOHN B. HESS, and JOHN DOES 1-60,<br><br>    Defendants. | No.: 1:25-cv-04469<br><br>Honorable Joan B. Gottschall<br>Honorable David P. McLaughlin |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff 3Red Partners LLC, by and through its undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against Defendants Permian Resources Corporation f/k/a Centennial Resource Development, Inc.; Expand Energy Corporation f/k/a Chesapeake Energy Corporation; Continental Resources Inc.; Diamondback Energy, Inc.; EOG Resources, Inc.; Hess Corporation; Occidental Petroleum Corporation; Pioneer Natural Resources Company; Scott D. Sheffield; John B. Hess; and John Does 1-60 (collectively, "Defendants"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendants have not served an answer or motion for summary judgment in this action.

Dated: May 9, 2025

Respectfully submitted,

**KIRBY McINERNEY LLP**

<u>/s/ Sarah E. Flohr</u>
Sarah E. Flohr
David E. Kovel (*pro hac vice*)
James A. Isacks (*pro hac vice*)
250 Park Avenue, Suite 820
New York, NY 10177
Tel.: (212) 371-6600
dkovel@kmllp.com
sflohr@kmllp.com
jisacks@kmllp.com

Anthony F. Fata
Cormac H. Broeg
211 West Wacker Drive, Suite 550
Chicago, IL 60606
Tel.: (312) 767-5180
afata@kmllp.com
cbroeg@kmllp.com

*Counsel for Plaintiff and Putative Class*